

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
333 South Las Vegas Boulevard
Suite 5000
Las Vegas, Nevada 89101

STEPHANIE CAROWAN COURTER
MARK L. WILLIAMS
Trial Attorneys
U.S. Department of Justice, Tax Division
Western Criminal Enforcement Section
601 D Street, NW
Washington, DC 20004

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>ROBERT DAVID FORSYTH,<br><br>DEFENDANT. | 2:12-cr-119-PMP-PAL<br><br>MOTION TO UNSEAL INDICTMENT |

The United States of America, by and through undersigned counsel, respectfully moves this Court for an order unsealing the indictment in the above-referenced matter. The unsealing

\\
\\
\\
\\
\\
\\

1 of the indictment is necessary and appropriate inasmuch as the law enforcement actions that
2 required the initial filing to be under seal have been completed.  Defendant was arrested in the
3 District of Arizona and is scheduled to make his initial appearance on May 30, 2012, at 3:00
4 p.m.

6 **DATED:** this 30th day of May, 2012

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Nicholas Dickinson, AUSA*

STEPHANIE CAROWAN COURTER
MARK L. WILLIAMS
Trial Attorneys
U.S. Department of Justice, Tax Division

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>ROBERT DAVID FORSYTH,<br><br>DEFENDANT. | 2:12-cr-119-PMP-PAL<br><br>ORDER TO UNSEAL INDICTMENT |

Based upon the Motion of the United States of America, and good cause appearing, IT IS ORDERED that the Indictment in this matter be unsealed.

DATED this 30th day of May, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE