# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>ROBERT DAVID FORSYTH,<br><br>DEFENDANT. | 2:12-cr-00119-PMP-PAL<br><br>**ORDER** |

This matter comes before the Court upon the motion of the United States for authorization to disclose § 6103 material to the defendant. After considering the motion and the file in this case, the Court finds good cause for the relief requested.

WHEREFORE, IT IS HEREBY ORDERED that the motion is granted. The attorneys for the government are authorized to disclose to the defendant and defense counsel of record tax return information under 26 U.S.C. § 6103 which the United States intends to disclose in order to fulfill its statutory and constitutional discovery obligations in this case.

DATED this _ 21st day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE